FILED
U.S. DISTRICT COURT

AO 442 (Rev. 11/11) Arrest Warrant

2019 AUG 13 P 1:04

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

SEALED SEALED
ORIGINAL

# UNITED STATES DISTRICT COURT
for the
District of Utah

United States of America
v.
MURAT SULJOVIC

)
)
)   Case No. 2:19mj566-DBP
)
)
)

_____
Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* MURAT SULJOVIC ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

False Statement- 18 U.S.C. 1001
Attempt to Provide Material Support to Designated Terrorist Organization -18 U.S.C. 2339B

Date: 8/12/19

_____
Issuing officer's signature

City and state: SLC, Utah

Dustin B. Pead, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8-12-19 , and the person was arrested on *(date)* 8-12-19
at *(city and state)* Salt Lake City, Utah .

Date: 8-12-19

_____
Arresting officer's signature

A. Vaughters   DUSM
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____   Weight: _____

Sex: _____   Race: _____

Hair: _____   Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____