SCOTT KEITH WILSON, Federal Public Defender (#7347)
ROBERT K. HUNT, Assistant Federal Public Defender (#5722)
OFFICE OF THE FEDERAL PUBLIC DEFENDER
DISTRICT OF UTAH
Attorneys for Defendant
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010
Fax: (801) 524-4060

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MURAT SULJOVIC, <br><br> Defendant. | **NOTICE OF WITHDRAWAL OF COUNSEL** <br><br><br> Case No. 2:19-mj-00566 DBP |

      Robert K. Hunt, hereby provides Notice of Withdrawal of Counsel for the above entitled case, as counsel no longer represents Mr. Suljovic. Assistant Federal Public Defender, Jessica Stengel, continues to represent Mr. Suljovic.

      DATED this 2nd day of October, 2019.

                                                     */s/ Robert K. Hunt*
                                                     ROBERT K. HUNT
                                                     Assistant Federal Defender