**SEALED**

JOHN W. HUBER, United States Attorney (#7226)
CARL D. LESUEUR, Assistant United States Attorney (#16087)
TYLER L. MURRAY, Assistant United States Attorney (#10308)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: carl.lesueur@usdoj.gov

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
OCT 08 2019
BY D. MARK JONES, CLERK
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. MURAT SULJOVIC, Defendant. | Case No. 2:19-mj-566 **WAIVER OF DEFENDANT** **UNDER SEAL** Judge Dustin B. Pead |

I, MURAT SULJOVIC, having been charged in a Complaint pending in this district and having appeared before this Court, admit that I have been advised of my rights as required by Federal Rule of Criminal Procedure Rules 5 and 5.1 and 18 U.S.C. 3141-3142, including my right to have a preliminary examination or hearing. I hereby waive my right to a preliminary examination or hearing and my right to a detention hearing until Jan. 27, 2019, subject to additional extensions at my choice. The extension period shall begin from the day of my signing this document. At the end of such time period(s), I may choose at that time to assert my rights to the scheduling of a preliminary examination or hearing and/or a detention hearing. I understand that such preliminary examination or hearing will be scheduled within 14 days after the expiration of this waiver.

1

I have also been advised of my right to be charged by indictment within certain time periods set forth in 18 U.S.C. § 3161(b). I hereby waived my right to be charged by indictment until Jan. 6̶ 7, 20 2̶0̶, subject to additional extensions of this waiver at my choice, and agree that the ends of justice support the exclusion of this delay from the calculation of time under 18 U.S.C. § 3161. The extension period shall begin from the day of my signing this document. At the end of such time period(s), I may choose at that time to assert my right to be indicted pursuant to § 3161(h).

I also agree that this proceeding shall remain under seal during such time period(s) when the waiver is in effect.

Oct. 8, 2019
Date

_____
Defendant

_____
Counsel for the Defendant