FILED
2020 MAY 4 PM 12:11
CLERK
U.S. DISTRICT COURT

JOHN W. HUBER, United States Attorney (#7226)
CARL D. LESUEUR, Assistant United States Attorney (#16087)
TYLER L. MURRAY, Assistant United States Attorney (#10308)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: carl.lesueur@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MURAT SULJOVIC,<br><br>    Defendant. | Case No.  2:20-CR-00153-001-JNP<br><br>FELONY INFORMATION<br><br>18 U.S.C. § 2339B - Providing material support or resources to designated foreign terrorist organizations |

The United States Attorney charges:

1. On or about October 15, 2004, the U.S. Secretary of State designated al Qaeda in Iraq ("AQI"), then known as Jam'at al Tawhid wa'al-Jihad, as a Foreign Terrorist Organization ("FTO") under Section 219 of the Immigration and Nationality Act (the "INA") and as a Specially Designated Global Terrorist under section 1(b) of Executive Order 13224. On or about May 15, 2014, the Secretary of State amended the designation of AQI as an FTO under Section 219 of the INA and as a Specially Designated Global Terrorist entity under section 1(b) of Executive Order 13224 to add the alias Islamic State of Iraq and the Levant ("ISIL") as its primary name. The Secretary also added the following aliases to the FTO listing: the Islamic State of Iraq and al-Sham (*i.e.*, "ISIS"—which is how the FTO will be referenced herein), the

Islamic State of Iraq and Syria, ad-Dawla al-Islamiyya fi al-'Iraq wa-sh-Sham, Daesh, Dawla al Islamiya, and Al-Furqan Establishment for Media Production.  On September 21, 2015, the Secretary added the following aliases to the FTO listing: Islamic State, ISIL, and ISIS.  To date, ISIS remains a designated FTO.

2. On or about January 8, 2019, in the District of Utah and elsewhere,

MURAT SULJOVIC,

Defendant herein, did knowingly attempt to provide material support and resources, including services, personnel, and training, to ISIS, a foreign terrorist organization, knowing that ISIS is a designated terrorist organization and has engaged in and does engage in terrorism, all in violation of Sections 2339B and 2, Title 18 of the United States Code.

JOHN W. HUBER
United States Attorney

*/s/ Carl D. LeSueur*
CARL D. LESUEUR
Assistant United States Attorney