AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Utah

| | |
|---|---|
| United States of America<br>v.<br>MURAT SULJOVIC<br><br>Defendant | ) <br> ) Case No. 2:20CR153 JNP<br> )<br> )<br> ) |

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
MAY 04 2020
BY D. MARK JONES, CLERK
DEPUTY CLERK

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 05/04/2020

_____
Defendant's signature

_____
Signature of defendant's attorney

JESSICA STENGEL
Printed name of defendant's attorney

_____
Judge's signature

U.S. Magistrate Judge
Judge's printed name and title