JOHN W. HUBER, United States Attorney (#7226)
CARL D. LESUEUR, Assistant United States Attorney (#16087)
TYLER L. MURRAY, Assistant United States Attorney (#10308)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: carl.lesueur@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MURAT SULJOVIC, <br><br> Defendant. | Case No. 2:20-cr-153 <br><br> MOTION TO SET NEW TRIAL DATE <br><br> Judge Jill N. Parrish |

    The United States moves to set a new trial date due to the continuance of trial in this case.

    Defendant was charged by felony information on May 4, 2020 and waived grand jury presentation. The seventy day period for commencing trial under the Speedy Trial Act commenced on that date. The court set a trial date for July 20, 2020, which was within that period.

    On June 15, 2020, the Chief Judge of the United States District Court for the District of Utah entered General Order 20-017, finding that the conditions of the COVID pandemic presented procedural and practical challenges to seating a jury that necessitated a continuance of

all trials in the United States District Court for the District of Utah through August 1, 2020. The court excluded the intervening period from the calculation of time under the Speedy Trial Act in the "ends of justice" for the reasons set forth in that order.

On June 26, 2020, the Court entered a General Order 20-020 under the CARES Act, renewing those findings and extending those provisions for a period of 90 days, i.e. through November 1, 2020.

Accordingly, trial in this case has been continued through at least November 1, 2020 and the intervening period has been excluded under the Speedy Trial Act in the interests of justice due to procedural and practical challenges to seating a jury due to conditions of the COVID pandemic. However, no trial date has been set.

The United States respectfully requests that the Court set a new trial date for a date within 30 days after November 1, 2020. The United States has conferred with defense counsel who has indicated the Defendant's consent to this request.

Dated: July 20, 2020

Respectfully submitted,

*s/Carl D. LeSueur*
CARL D. LESUEUR
Assistant United States Attorney