SCOTT KEITH WILSON, Federal Public Defender (#7347)
JESSICA STENGEL, Assistant Federal Defender (#8915)
OFFICE OF THE FEDERAL PUBLIC DEFENDER
DISTRICT OF UTAH
Attorneys for Defendant
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010
Fax: (801) 524-4060

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MURAT SULJOVIC, <br><br> Defendant. | MOTION TO STRIKE TRIAL DATE AND SET CHANGE OF PLEA HEARING <br><br><br> Case No. 2:20-cr-00153 JNP |

The Defendant, Murat Suljovic, by and through counsel of record, Jessica Stengel, moves this Court to strike the trial date set for December 7, 2020, and set the Change of Plea hearing.

DATED this 11th day of September, 2020.

*/s/ Jessica Stengel*
JESSICA STENGEL
Assistant Federal Public Defender